UNITED STATES of America, Plaintiff–Appellee,

v.

Ruben CASTANEDA, also known as Big Brother, also known as June Bug, Defendant–Appellant.

No. 14–60809
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 10, 2016.

Clyde McGee, IV, Esq., Paul David Roberts, U.S. Attorney's Office, Oxford, MS, for Plaintiff–Appellee.

John Keith Perry, Jr., Perry Griffin, P.C., Southaven, MS, for Defendant–Appellant.

Ruben Castaneda, Bastrop, TX, pro se.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ruben Castaneda has moved for leave to withdraw and has filed a supplemental brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Castaneda has filed a response and a supplemental response. The record is not sufficiently developed to allow us to make a fair evaluation of Castaneda's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.2014).

We have reviewed counsel's supplemental brief and the relevant portions of the record reflected therein, as well as Castaneda's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, Castaneda's motion for appointment of counsel is DENIED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.